> The deadline for the parties to file a letter requesting the Court restore this action to the docket is extended to October 15, 2025. The Clerk of Court is respectfully directed to close Docket Number 56.
>
> SO ORDERED.
> Date: August 4, 2025
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

August 1, 2025

**By ECF and Email**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Talkdesk, Inc. v. Unique Travel Corp.*, No. 1:23-cv-09543-JPC-SDA

Dear Judge Cronan:

    In this Court's July 7, 2025 Order of Dismissal (ECF No. 55), the Court set a deadline of August 6, 2025 for the parties to file an application to restore the action in the event a settlement was not able to be executed. The parties are pleased to report that they have made good progress on documenting the settlement agreement and request a short extension to the period in which to file an application to restore the action from the current deadline of August 6, 2025 to October 15, 2025 to ensure sufficient time to complete and execute the settlement agreement.

Respectfully submitted,

*/s/ Wesley L. White*
Wesley L. White
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
Tel.: (212) 506-5000
wwhite@orrick.com

*Counsel for Talkdesk*

*/s/ Anne W. Salisbury*
Anne W. Salisbury
Guzov, LLC
437 Madison Avenue, 24th Floor
New York, NY 10022
Tel.: (212) 371-8008
ASalisbury@guzovllc.com

*Counsel for Unique*